**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KENNETH BYNDOM,**

    **Plaintiff,**

v.                                       Case No. 6:23-cv-1971-JA-LHP

**WAFFLE HOUSE, INC.,**

    **Defendant.**

**ORDER**

    The Initial Order (Doc. 3) required the parties "to file and serve a Disclosure Statement in substantially the form attached" to the Initial Order. Both parties have filed Disclosure Statements (Docs. 6 & 8), but neither of those statements is in "substantially the form attached" to the Initial Order and neither complies with Federal Rule of Civil Procedure 7.1 because the parties fail to identify their citizenships. *See* Fed. R. Civ. P. 7.1(a)(2).

    Accordingly, it is **ORDERED** that each party shall file an amended Disclosure Statement within seven days that identifies their citizenship.

    **DONE** and **ORDERED** in Orlando, Florida, on November 14, 2023.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record