UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH BYNDOM,

    Plaintiff,

v.                                                Case No:   6:23-cv-1971-JA-LHP

WAFFLE HOUSE, INC. and EAST
COAST WAFFLES, INC.,

    Defendants

## ORDER

Before the Court is Defendants' Motion for Entitlement for Attorneys' Fees and Costs and Memorandum of Law.  Doc. No. 57.  Plaintiff responds requesting a stay of the issue pending the outcome of his appeal.  Doc. No. 59.  Defendants have filed an authorized reply.  Doc. No. 63.

As the docket reflects, this case is currently on appeal to the United States Court of Appeals for the Eleventh Circuit.  *See* Doc. Nos. 58, 60.  Because determination of the appeal may affect consideration of the issue of attorneys' fees, the undersigned finds it appropriate to await the outcome of the appeal before resolving Defendants' motion.  *See Morrison v. Amway Corp.*, No. 6:01-cv-0749-Orl-22JGG, 2003 WL 25570793, at *1 (M.D. Fla. Nov. 10, 2003) ("[T]he Court has

discretion to deny a motion for attorney's fees without prejudice to refile after the appeal has concluded."); *see also, e.g.*, *E-Z Dock, Inc. v. Snap Dock, LLC*, No. 2:21-cv-450-SPC-NPM, 2022 WL 19914347, at *2 (M.D. Fla. Oct. 24, 2022) (exercising discretion to defer resolution of attorney's fees until after resolution of appeal); *Action Nissan, Inc. v. Hyundai Motor Am. & Genesis Motor Am.*, No. 6:18-cv-380-WWB-EJK, 2022 WL 17409415, at *1 (M.D. Fla. Feb. 7, 2022) (same); *Yellowpages Photos, Inc. v. YP, LLC*, No. 8:17-cv-764-T-36JSS, 2020 WL 6729719, at *2 (M.D. Fla. Oct. 29, 2020), *report and recommendation adopted*, 2020 WL 6728846 (M.D. Fla. Nov. 16, 2020) (same); *Truesdell v. Thomas*, No. 5:13-cv-552-Oc-10PRL, 2016 WL 7049252, at *3 (M.D. Fla. Dec. 5, 2016) (same).

Accordingly, Defendant's motion (Doc. No. 57) is **DENIED without prejudice** to filing a renewed motion in accordance with all applicable Local Rules and legal authority, if appropriate, within **twenty-one (21) days** after issuance of the mandate by the Eleventh Circuit.

**DONE** and **ORDERED** in Orlando, Florida on May 21, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties